1352 OWEN vs. BOARD OF SUPERVISORS (Clinton), No. 15201½.

To compel the respondents to direct the supervisor of the township of Eagle to spread upon the tax roll a sum sufficient to pay certain township orders.

Order to show cause denied November 5, 1895, as the application should be made to the Circuit Court.